

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2010

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIAN SANDERS                                                          PLAINTIFF

VS.                       CASE NO. 3:10CV00167-DPM

RENT-A-CENTER, INC.                                                    DEFENDANT

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 26th day of July, 20 10.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
         Deputy Clerk