IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIAN M. SANDERS                                                    PLAINTIFF

v.                            Case No. 3:10-cv-167-DPM

RENT-A-CENTER, INC.                                               DEFENDANT

### ORDER

Rent-A-Center's motion to dismiss, *Document No. 7*, is granted. Based on the governing precedent carefully analyzed in Rent-A-Center's brief, the parties must resolve their employment-related dispute in arbitration, as they agreed to do in their mutual agreement to arbitrate claims. Sanders may — if he chooses to do so — challenge the agreement's enforceability before the arbitrator.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 Nov. 2010