IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRIAN M. SANDERS                                                                 PLAINTIFF

v.                          Case No. 3:10-cv-167-DPM

RENT-A-CENTER, INC.                                                           DEFENDANT

## JUDGMENT

The Court dismisses Brian Sanders's complaint without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 Nov. 2010